EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Fernando L. Llavona Ramia | 2019 TSPR 80<br><br>202 DPR ____ |

Número del Caso:  TS-16,566

Fecha: 26 de abril de 2019

Abogado de la parte peticionaria:

     Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Fernando L. Llavona Ramia        TS-16,566

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de abril de 2019.

Examinada la *Solicitud de Cambio de Estatus de Abogado Activo en el Registro Único de Abogados y Abogadas* que presentó el Sr. Fernando L. Llavona Ramia, se da por cumplida la condición que impusimos mediante Resolución el 26 de marzo de 2019 y se ordena a la Secretaría registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo